AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| CARLYLE E. WATERS,<br>　　　Plaintiff,<br><br>v.<br><br>DR. MIN, TAMMY COOPER,<br>*Dr. Min's Nurse,* and VETERANS<br>ADMINISTRATION V.A. FAYETTEVILLE, NC,<br>　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-587-D** |

**Decision by the Court:**

　　IT IS ORDERED AND ADJUDGED that the Court GRANTS the Plaintiff's Motion to Proceed *In Forma Pauperis* [D.E. 1], and DISMISSES the Complaint as frivolous. Plaintiff's Motion for Appointment of Counsel [D.E. 5] is DENIED as moot. The Clerk is directed to close the case.

　　**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JANUARY 22, 2013** WITH A COPY TO:

Carlyle E. Waters, Pro Se (Via USPS to 103 Joy Drive, LaGrange, NC 28551)


January 22, 2013　　　　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　　/s/ Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina